**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

CLYDE LONG,                                    Case No.  3:07-cv-340

       Plaintiff,                              Judge Thomas M. Rose

  v.

ROBERT GATES,
Secretary of Defense,

      Defendant.

---

**DEFENDANT'S BRIEF IN RESPONSE TO COURT'S ORDER**

---

This Court ordered the parties to submit briefs discussing the applicability of *Thompson v. North American Stainless LP*, 2009 WL 1563443 (6th Cir., June 5, 2009).  (Doc. 21.)  In *Thompson*, the Sixth Circuit noted that "Thompson does not claim that he engaged in any statutorily protected activity, either on his own behalf or on behalf of Miriam Regalado."  (*Id*. at 4.)

In this civil action, Plaintiff Long alleged that he did participate in the investigation of his wife's sexual harassment claim.  He was a witness to the alleged incidents and he gave a statement to the EEO investigators.

-2-

Defendant believes that Plaintiff's claims in this case are different enough from the facts

of the *Thompson* case so as to distinguish that case from the case at bar.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/ Gregory P. Dunsky
GREGORY P. DUNSKY (0009098)
Assistant United States Attorney
Attorney for Defendant
600 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2568
Gregory.Dunsky @usdoj.gov


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Brief in Response to Court Order was

served on counsel for Plaintiff, David M. Duwell, by Notice of Electronic Filing, this 2nd day of

July, 2009.

s/Gregory P. Dunsky
GREGORY P. DUNSKY
Assistant United States Attorney